# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| TAMPIA MUSENGENI, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.:5:18-cv-1 |
| | * | |
| v. | * | |
| | * | |
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 5, to which Petitioner Tampia Musengeni ("Musengeni") failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Musengeni's 28 U.S.C. § 2241 Petition, **DENIES** Musengeni *in forma pauperis* status on appeal, and **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 10 day of September, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA